pg. 1

| Date | Pleading Number | |
|---|---|---|
| 5/6/75 | | ORDER TO SHOW CAUSE FILED-- Involving Actions A-1 through A-10 Order directed to all counsel as to why actions should not be transferred to a single district pursuant to 28 U.S.C. §1407. Notified involved judges |
| 5/16/75 | | REQUEST FOR EXTENSION OF TIME TO RESPONSE -- CELOTEX CORP. GRANTED TO ALL TO and insluding May 28, 1975. Notified counsel |
| 5/19/75 | | APPEARANCES -- Pltfs. Clifford, Kirby, Cash, Engvall, Johnson, Gillis, Skarie & Sons, Havemeier, Burkhardt & Irvine Defs. Celotex Corp., Morton Bldgs & Wick Bldg. Systems (Filed in "Appearance Folder") |
| 5/20/75 | | REQUEST FOR EXTENSION -- Minnesota Plaintiffs -- Granted to All on May 16, 1975 to and including May 28, 1975 |
| 5/21/75 | | APPEARANCES -- Pltf. Kirby, et al. |
| 5/27/75 | 1 | RESPONSE -- F. Cort Clifford w/o certificate of service |
| 5/27/75 | 2 | RESPONSE -- CELOTEX CORP. w/ cert. of service |
| 5/28/75 | 3 | RESPONSE -- ENGVALL, JOHNSON, GILLIS, SKARIE, HAVEMEIER, BURKHARDT, IRVINE, CASH w/Appendices and cert. of service |
| 5/29/75 | 4 | RESPONSE -- KIRBYS' AND LORET FARMS INC. w/cert. of service |
| 5/29/75 | 5 | RESPONSE -- WICK BUILDING SYSTEMS INC. w/cert. of servcie |
| 5/29/75 | 6 | RESPONSE -- MORTON BUILDINGS, INC. w/cert. of service |
| 6/4/75 | 7 | RESPONSE -- Plaintiffs ENGVALL, JOHNSON, GILLIS, SKARIE, HAVEMEIER, BURKHARDT, IRVINE, CASH w/cert. of service |
| 6/5/75 | | HEARING ORDER -- June 27, 1975 -- Denver, Colorado Setting A-1 through A-10 |
| 6/13/75 | 8 | RESPONSE -- F. CORT CLIFFORD REPLY -- w/cert. of service |
| 6/25/75 | 9 | RESPONSE -- GOLD KIST (Letter) w/service |
| 9/16/75 | | CONSENT OF TRANSFEREE COURT -- J. Devitt for J. Weiner to sit in the District of Minn. and handle litigation pursuant to 28 U.S.C. §1407 |
| 9/16/75 | | OPINION AND ORDER consolidating A-1 th A-3 through A-10 in the D. Minnesota before J. Charles R. Weiner from E.D. Penna. for coordinated or xx consolidated pretrial proceedings. Opinion and Order denied transfer of Kirby (A-2) action. |
| 4/30/76 | | PETER J. WALLISON, ET AL. V. THE CELOTEX CORP. N.D. NY 76-CV-75 CTO filed today. notified involved counsel and judges. |
| 5/14/76 | | NOTICE OF OPPOSITION -- Witco Chemical Co. -- Wallison v. Celotex Corp., (A-11) et al., N.D. N.Y., CA#76-CV-75 NOTICE OF OPPOSITION -- The Upjohn Co. -- Wallison v.Celotex Corp., et al (A=11) N.D. N.Y., CA #76-CV-75 |
| 5/14/76 | | EXTENSION OF TIME -- Wallison v. Celotex Corp. N.D.N.Y CA-76-CV-75e Granted to all parties to and including June 9, 1976. |
| 6/9/76 | 10 | MOTION AND BRIEF TO VACATE CTO -- (A-11) Wallison v. Celotex w/cert UPJOHN COMPANY -- of service |
| 6/11/76 | 11 | MOTION AND BRIEF TO VACATE CTO -- (A-11) WALLISTON V. CELOTEX Witco Chemical Co. w/cert. of service |
| 6/21/76 | | LETTER -- Counsel for Celotex Corp. w/service indicated |
| 7/2/76 | | HEARING ORDER -- Setting A-11 Walliston v. Celotex, N.D.N.Y., 76CV75 for hearing, July 23, 1976, Chicago, Illinois |
| 7/15/76 | 12 | RESPONSE -- (A-11) Plaintiff Walliston Reply to Witco and Upjohn w/cert. of service |
| 7/23/76 | | WAIVER OF ORAL ARGUMENT -- all parties |

| Date | Pleading Number | |
|---|---|---|
| 12/28/76 | | B-1, PAUL J. TOLEN, JR., ET AL. V. THE CELOTEX CORP., ET AL., N.D.IND. F-76-109; CTO filed today. Notified involved counsel and judges. |
| 1/7/77 | | Gary D. Muller, et al. v. The Celotex Corp. S.D. IA. 76-34-W CONDITIONAL TRANSFER ORDER FILED TODAY. Notified involved counsel and Judges. |
| 1/12/77 | | B-1, PAUL J. TOLEN, JR., ET AL. V. THE CELOTEX CORP., ET AL. N.D.IND. F-76-109. CTO final today, notified transferee clerk and judge, transferror clerk and judge. |
| 1/12/77 | | OPINION AND ORDER -- transferring - Peter J. Wallison, et al. v. The Celotex Corp., et al., N.D. New York, C.A. No. 76-CV-75, to the D. Minnesota. |
| 1/21/77 | | Gary D. Muller, et al. v. The Celotex Corp. S.D. Iowa, 76-34-W CONDITIONAL TRANSFER ORDER FINAL TODAY, NOTIFIED INVOLVED CLERK AND JUDGES. |

JPML FORM 1A - Continuation　　　　　　　　　　　　　　DOCKET ENTRIES -- p. 3

DOCKET NO. 210 -- IN RE CELOTEX CORPORATION "TECHNIFOAM" PRODUCTS LIABILITY LITIGATION

| Date | Ref | Pleading Description |
|---|---|---|
| 05/09/79 |  | ORDER TO SHOW CAUSE -- B-3, B-4 & B-5<br>　　B-3 -- Larchwood Feeder Pigs, Inc. v. Celotex, N.D. Iowa, C.A. No. C78-4072<br>　　B-4 Smedema v. Celotex, E.D.Wisc., 79-C-67<br>　B-5 Johnson v. Celotex, W.D. Wisc., 79-C-48 |
| 05/09/79 |  | Notified Involved Counsel and Involved Judges (rew) |
| 5/24/79 |  | HEARING ORDER--setting (B-3, B-4 and B-5) for hearing to be held in Boston, Mass. on 6/22/79. (ea) |
| 6/1/79 |  | TRANSFER ORDER AND ORDER VACATING HEARING --<br>(B-3) Larchwood Feeder Pigs, Inc. v. The Celotex Corp., N.D. Iowa, C.A. No. C78-4072; (B-4) Smedema, et al. v. The Celotex Corp., E.D. Wisc., C.A. No. 79-C-67; (B-5) Johnson, et al. v. The Celotex Corp., W.D. Wisc. C.A. No. 79-C-48 -- NOTIFIED INVOLVED JUDGES, CLERKS AND COUNSEL (cds) |
| 6/18/79 |  | WAIVER OF ORAL ARGUMENT for hearing held 6/22/79 in Boston Mass. -- Witco Chemical Co. (ea) |
| 79/11/13 | 13 | MOTION TO TRANSFER (B-6) Texas Farm Bureau Mutual Ins. Co. v. The Celotex Corp., E.D. Texas, C.A. No. TY-79-274 -- Plaintiff Texas Farm Bureau Mutual Ins. Co. -- w/cert. of service (cds) |
| 79/12/28 |  | TRANSFER ORDER -- B-6 Texas Farm Bureau Mutual Insurance Co. v. The Celotex Corp., E.D.Tex., TY-79-274 transferring action to D. Minn. for assignment to Judge Weiner pursuant to 28 U.S.C. §1407. Notified Involved Clerks and Involved Judges and Involved Judges. (rew) |
| 80/04/25 |  | CONDITIONAL TRANSFER ORDERS FILED TODAY. B-7 D. K. Hostetler Inc. v. The Celotex Corp.,E.D.Pa., C.A.No. 80-0126 and B-8 Pagenkopf Farms, Inc., etal. v. The Celotex Corp., W.D.Wisc.,C.A.No. 80-C-151. Notified involved counsel and judges. (ea) |
| 80/05/12 |  | CONDITIONAL TRANSFER ORDER FINAL TODAY.<br>B-7 D.K. Hostetler Inc. v. The Celotex Corp., E.D. Pa., C.A. No. 80-0126, B-8 Pagenkopf Farms, Inc., et al. v. The Celotex Corp., W.D. Wisc., C.A. No. 80 C 151. Notified involved clerks and judges. (ds) |
| 81/4/16 |  | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-9 Quaker State Farms, Inc., et al. v. The Celotex Corp., E.D. Pa., C.A. No. 80-1407. Notified involved counsel & judge (ds) |
| 81/04/23 |  | CONDITIONAL TRANSFER ORDER FILED TODAY --<br>　B-10 Sentry Ins. a Mutual Co., etc. v. The Celotex Corp. W.D. Mich., C.A. No. G-80-730-CAI<br>NOTIFIED INVOLVED COUNSEL AND JUDGES (emh) |

JPML FORM 1A

pg. 4

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 210 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 81/05/04 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-9 Quaker State Farms, Inc., et al. v. The Coletex Corp., E.D. Penn., C.A. No. 80-1407. Notified involved clerks & judges.(ds) |
| 81/05/11 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-10 Sentry Insurance a Mutual Co., etc. v. The Celotex Corp., W.D. Michigan, C.A. No. G-80-730-CAI. Notified involved clerks and judges. (ds) |
| 81/06/24 | | CONDITIONAL TRANSFER ORDER FILED TODAY (1) Jack Dykstra Excavating, Inc. v. The Celotex Corp., W.D. Mich., G81-291-CA1 -- Notified counsel & judges (rew |
| 81/07/10 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-12 Jack Dykstra Excavating, Inc. v. The Celotex Corp. -- Notified involved clerks and judges. (eaf) |
| 82/06/21 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-15 Williams, et al v. The Celotex Corp., M.D. Pennsylvania, CV-82-0687. Notified involved counsel and judges. (ds) |
| 82/07/07 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-15 Williams, et al. v. The Celotex Corp., M.D.Pa., C.A.No. CV-82-0687 -- Notified involved clerks and judges. (eaf) |
| ~~82/07/19~~ | | ~~CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-16 Beland et al v. The Celotex Corp., N.D.Iowa, C-82-2036 -- Notified involved clerks and judges.~~ (eaf) |
| 82/07/19 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-16 Beland, et al. v. The Celotex Corp., N.D.Iowa, C-82-2036 -- Notified involved counsel and judges. (eaf) |
| 82/08/04 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-16 Beland, et al. v. The Celotex Corp., N.D. Iowa, C.A. No. C-82-2036 NOTIFIED INVOLVED CLERKS AND JUDGES. (emh) |
| 82/08/09 | | CONDITIONAL TRANSFER ORDER FILED TODAY - C-17 Studnicka, et al. v. The Celotex Corp., W.D. Wisc., C.A. No. 82-C-268. Notified involved counsel and judges. (ds) |
| 82/08/25 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-17 Studnicka, et al. v. The Celotex Corp., W.D. Wisc., C.A. No. 82-C-268 NOTIFIED INVOLVED CLERKS AND JUDGES. (emh) |
| 82/09/17 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-18 Probst, et al. v. The Celotex Corp., N.Ind.,F82-0326 -- Notified involved judges and counsel. (eaf) |
| 82/10/05 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-18 Probst, etal v. The Celotex Corp.,N.D.Ind.,F82-0326 -- Notified involved clerks and judges. (eaf) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 210 --

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 82/12/02 | | CONDITIONAL TRANSFER ORDER -- C-19 Momsen Trucking Co., et al. v. Celotex Corp., et al., N.D. Iowa, C.A. No. C82-4094. Notified involved counsel & judges. (ds) |
| 82/12/20 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-19 Momsen Trucking Co., et al. v. Celotex Corp., et al., N.D. Iowa, C.A. No. C82-4094 NOTIFIED INVOLVED CLERKS AND JUDGES. (emh) |
| 83/09/22 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-20 McGrath Implement, Inc. v. Morton Buildings, Inc., et al., N.D. Iowa, C.A. No. C83-2079 -- NOTIFIED INVOLVED JUDGES AND COUNSEL (cds) |
| 83/10/11 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- D-20 McGrath Implement, Inc. v. Morton Buildings, Inc., et al., N.D. Iowa, C.A. No. C83-2079 -- Notified clks. and jdgs. (ds) |
| 83/12/06 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-21 Mid-America Foods, Inc., et al. v. The Celotex Corp., N.D. Iowa, C.A. No. 2C83-3098 -- NOTIFIED INVOLVED JUDGES AND COUNSEL (cds) |
| 83/12/22 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- D-21 Mid-America Foods, Inc., et al. v. The Celotex Corp., N.D. Iowa, C.A. No. 2C83-3098 -- NOTIFIED Clerks and Judges. (emh) |

OPINION AND ORDER -- September 16, 1975
DOCKET NO. 210 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
Opinion and Order -- Jan. 12, 1977 424 F. SUPP. 1077

Closed
4/22/85

## Description of Litigation

IN RE CELOTEX CORPORATION "TECHNIFOAM" PRODUCTS LIABILITY LITIGATION

### Summary of Panel Action

Date(s) of Hearing(s) 6/5/75

Date(s) of Opinion(s) or Order(s) 9/16/75

Consolidation Ordered xxx    Name of Transferee Judge Charles R. Weiner (From E.D. Pa., sitting in Minn. by designation)

Consolidation Denied ___    Transferee District D. Minnesota

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | F. Cort Clifford, et ux. v. The Celotex Corporation | Md. Murray | HM-75-194 | 9/16/75 | 4-75-493 | 2/20/79 | |
| A-2 | James Kirby, et al. v. Gold ~~~ Inc., et al. | N.D.Ala. Lynne | CA-74-L-485-NE | NT | | | |
| A-3 | W. F. Cash, Jr., et al. v. The Celotex Corporation | N.D.Ga. Kelley | C-75-4-G | 9/16/75 | 4-75-502 | 3/13/78 | |
| A-4 | Earl H. Engvall, et al. v. The Celotex Corporation | Minn. Lord | 4-74-254 | | | 3/13/78 | |
| A-5 | Donald & Mineko Johnson, et al. v. The Celotex Corporation | Minn. Lord | 4-74-455 | | | 3/13/78 | |
| A-6 | William A. Gillis, et al. v. The Celotex Corporation | Minn. Lord | 4-74-456 | | | 3/13/78 | |
| A-7 | Paul Skarie & Sons, Inc., et al. v. The Celotex Corporation | Minn. Lord | 4-74-457 | | | 3/13/78 | |
| A-8 | Lloyd G. Havemeier v. The Celotex Corporation, et al. | Minn. Lord | 4-74-634 | | | 3/13/78 | |

DOCKET NO. ~~210~~ (CONTINUED)      PAGE 2

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-9 | William Burkhardt, et al. v. The Celotex Corporation | Minn. Lord | 4-74-663 | | | 3/13/78 | |
| A-10 | Kenneth Irvine v. The Celotex Corporation, et al. | Minn. Lord | 4-75-50 | | | 3/13/78 | |
| XYZ-1 | Ross S. Aune v. The Celotex Corp. | Minn. | 4-75-290 | | | 3/13/78 | |
| A-11 | Peter J. Wallison et al. v. The Celotex Corporation et al. *opposed 4/30/76* | N.D. NY | CA76CV75 | 1/12/77 | 4-77-30 | 11/17/80 | |
| XYZ-2 | Bakken Wall Co. v. The Celotex Corp. | D. MIN. | Civ 4-76-201 | | | 3/13/78 | |
| B-1 | Paul J. Tolen, Jr., et al. v. The Celotex Corporation et al. *12/28/76* | N.D.IND. Eschbach | F-76-109 | 1/12/77 | 4-77-22 | 3/13/78 | |
| B-2 | Gary D. Muller, et al. v. The Celotex Corp. *1/7/77* | S.D.IA. Hanson | 76-34-W | 1/21/77 | 4-77-48 | 10/2/79 | |
| XYZ-3 | Dennis and Lou Ann Lindquist v. The Celotex Corp., et al. | D.MINN. | CIV.4-77-97 | | | 3/13/78 | |
| XYZ-4 | W.F. Cash, Jr. & W. Perry W. Cash v. The Celotex Corporation | D.MINN. | 4-75-502 | | | *count* | |
| XYZ-5 | Ludwig Lochen v. The Celotex Corp. | D Minn | 4-76-391 | | | 3/13/78 | |
| XYZ-6 | ~~Del Corto Clifford &~~ Helene A. Clifford v. the Celotex Corp. *duplicate do not* | D. MINN | 4-72-493 | | | | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-7 | Paul E. Kopel v. The Celotex Corp. | D. MINN. | CIV.4-77-270 | | | 3/13/78 | |
| | *July 1978 - 5 TR/13 XX2/15 DIS/ 3 Pg.* | | | | | | |
| XYZ-8 | Ernest G. Hart v. The Celotex Corp. | D. Minn. | Civ-6-78-0242 | | | 9/10/80 D | |
| B-3 | Larchwood Feeder Pigs, Inc. v. The Celotex Corp. | N.D. Iowa McManus | C78-4072 | 6/1/79 | 4-79-278 | 7/21/81 D | |
| B-4 | Ben Smedema, et al. v. The Celotex Corp. | W.D.Wisc. Reynolds | 79-C-67 | 6/1/79 | 4-79-285 | 9/10/80 D | |
| B-5 | Gerald O. Johnson, et al. v. The Celotex Corp. | W.D.Wisc. Doyle | 79-C-48 | 6/1/79 | 4-79-273 | 7/21/81 D | |
| | *July 1979 - 8 TR/14 XX2/15 DIS/ 7 Pg.* | | | | | | |
| B-6 | Texas Farm Bureau Mutual Insurance Co. v. The Celotex Corp. | E.D.Tex. | TY-79-274 | 12/28/79 | 4-80-28 | 9/10/80 D | |
| B-7 | D.K. Hostetler Inc. v. The Celotex Corp. 4/25/80 | E.D.PA Weiner | 80-0126 | 5/13/1980 | 4-80-29 | 7/21/81 D | |
| B-8 | Pagenkopf Farms, Inc., et al. v. The Celotex Corp. 4/25/80 | W.D.Wisc. Crabb | 80 C 151 | 5/13/80 | 4-80-30 | 5/1/83 D | |
| | *July 1980 - 11 TR/13 XX2/16 dis/ 8 Pg.* | | | | | | |
| B-9 | Quaker State Farms, Inc., et al. v. The Celotex Corp. 4/16/81 | E.D.PA Weiner | 80-1407 | 5/4/81 | 4-81-254 | 7/21/81 | See Reverse |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-10 | Sentry Insurance a Mutual Company, etc. v. The Celotex Corp. 4/23/81 | W.D.Mich Fox | G-80-730-CA1 | 5/11/81 | 4-81-259 | 7/21/81 | |
| | July 1981 — 13 TR / 13 XYZ / 20 Dis / 6 Pdg | | | | | | |
| XYZ-11 | Kermit Hanson v. The Celotex Corp., et al. | D. Minn. Weiner | 4-81-279 | | | 10/84 | |
| C-12 | Jack Dykstra Excavating, Inc. v. The Celotex Corp. 6/24/81 | W.D.Mich Hillman | G81-291-CA1 | 7/10/81 | 4-81-433 | 10/84 | |
| XYZ-13 | Marvin Stomberg, et al. v. The Celotex Corp. | Minn. Weiner | 4-82-586 | | | | reassigned to J. Alsop |
| XYZ-14 | Thomas A. Kellerhuis v. The Celotex Corp. | Minn. Weiner | 82-587 | | REASSIGNED | | |
| | July 1982 — 14 TR / 16 XYZ / 25 Dis / 5 Pdg | | | | | | |
| C-15 | Archie L. Williams, et al. v. The Celotex Corp. 6/21/82 | M.D.Pa. Muir | CV-82-0687 | 7/7/82 | 4-82-1030 | 10/84 | |
| C-16 | William J. Beland, et al. v. The Celotex Corp. 7/19/82 | N.D.Iowa McManus | C-82-2036 | 8/4/82 | 4-82-949 | | reassigned to Hansen |
| C-17 | James Studnicka, et al. v. The Celotex Corp. 8/9/82 | W.D.Wisc. Shabaz | 82-C-268 | | 4-82-1217 | | Transferred to W.D.W. |
| C-18 | Walter F. Probst, et al. v. The Celotex Corp. 9/17/82 | N.D.Ind. Lee | F82-0326 | 10/5/82 | 4-82-1371 | 4/22/85 | |
| C-19 | Momsen Trucking Co., et al. v. Celotex Corporation, et al. 12/3/82 | N.D.Iowa O'Brien | C82-4094 | DEC 20 1982 | 4-83-13 | 10/84 | |
| | July 1983 — 19 TR / ~~16~~ / 29 Dis / 6 Pdg | | | | | | |

DOCKET NO. 210 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-20 | McGrath Implement, Inc. v. Morton Buildings, Inc., et al. 9/22/83 | N.D.Iowa McManus | C83-2079 | 10/11/83 | 4-83-929 | 10/84 | |
| D-21 | Mid-America Foods, Inc., et al. v. The Celotex Corporation 12/6/83 | N.D.Iowa O'Brien | 2C83-3098 | DEC 2 2 1983 | 4-84-57 | 10/84 | |

July 1984 - 21 TR / 16 XYZ / 29 Dis / 1 Reasgnd - 8 Pdg

Oct 84 - 6 dismissed per J. Werner
Oct 84 - 1 reassigned

July 1985 - 6 Dis; 1 Reassigned; 1 Pending

1985
21 TR
16 XYZ
-34  37 DIS
3
2 Reas'd
1 Pdg

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 210 -- In re Celotex Corporation "Technifoam" Products Liability Litigation

LIAISON COUNSEL FOR PLAINTIFFS
James L. Fetterley, Esquire
Robins, Davis & Lyons
33 South Fifth Street
Minneapolis, Minn. 55402


THE CELOTEX CORP.
George W. Flynn, Esquire
Faegre & Benson
1300 Northwestern Bank Bldg.
Minneapolis, Minn. 55402

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 210 -- In re Celotex Corporation "Technifoam" Products Liability Litigation

| | |
|---|---|
| THE CELOTEX CORP.<br>George W. Flynn, Esq.<br>Faegre & Benson<br>1300 Northwestern Bank Bldg.<br>Minneapolis, Minn. 55402<br><br>WITCO CHEMICAL CO.<br>Stephen R. Spring, Esq.<br>Maynard, O'Connor & Smith<br>90 State Street<br>Albany, New York 12207<br><br>THE UPJOHN CO.<br>John E. Hunt, Esq.<br>Kernan and Kernan<br>First National Bank Bldg.<br>Utica, New York 13501 | F. CORT CLIFFORD, ET AL. (A-1)<br>Douglas G. Worrall, Esq.<br>Smith, Sommerville & Case<br>1700 One Charles Center<br>Baltimore, Maryland 21201<br><br>PETER J. WALLISON, ET AL.<br>Norman Ostrow, Esq.<br>Miller and Summit<br>90 Broad Street<br>New York, New York 10004<br><br>GARY D. MULLER, ET AL. (B-2)<br>LARCHWOOD FEEDER PIGS, INC. (B-3)<br>BEN SMEDEMA, ET AL. (B-4)<br>JERALD O. JOHNSON, ET AL. (B-5)<br>James L. Fetterley, Esq.<br>Robins, Davis & Lyons<br>33 South Fifth Street<br>Minneapolis, Minn. 55402<br><br>TEXAS FARM BUREAU MUTUAL INS. CO. (B-6)<br>Roderic G. Steakley, Esq.<br>Shank, Irwin, Conant, Williamson<br>& Gravelle<br>3100 First Nat'l Bank Building<br>Dallas, Texas 75020 |

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. _____ -- _____

---

D. K. HOSTETLER, INC. (B-7)
Patrick J. O'Connor, Esq.
Gerard F. Belz, Jr.
1931 Three Penn Center Plaza
Philadelphia, Pennsylvania

James Fetterly, Esq.
Robins, Davis & Lyons
33 South Fifth Street
Minneapolis, Minnesota  55402

PAGENKOPF FARMS, INC., ET AL. (B-8)
David C. Farr, Esq.
Losby, Riley & Farr, S.C.
Suite 401, 204 East Grand Ave.
Post Office Box 358
Eau Claire, Wisconsin  54701

James Fetterly, Esq.
(address listed above)

QUAKER STATE FARMS, INC., ET AL. (B-9)
Patrick J. O'Connor, Esquire
(address listed for B-7)

James Fetterly, Esquire
(address listed for B-7)

SENTRY INSURANCE A MUTUAL COMPANY, ETC. (B-10)

Michael H. Jacobson, Esquire
McShane & Bowie
540 Old Kent Building
Grand Rapids, Michigan  49503

James L. Fetterly, Esquire
(address listed above)

JACK DYKSTRA EXCAVATING, INC. (C-12)
R. Lawrence Purdy, Esq.
Robins, Zelle, Larson & Kaplan
33 South Fifth St.
Minneapolis, Minn.  55402

Gary L. Nicholson
McShane & Bowie
540 Old Kent Bldg.
Grand Rapids, Mich.  49503

*Same as Sentry*

ARCHIE L. WILLIAMS, ET AL. (C-15)
James L. Fetterly, Esquire
Maslon, Edelman, Borman,
   Brand & McNulty
1800 Midwest Plaza
Minneapolis, Minnesota  55402

Anthony C. Falvello, Esquire
Conyngham-Drums Road
Box A-103, R.D. 1
Sugarloaf, Pennsylvania  18249

WILLIAM J. BELAND, ET AL. (C-16)
James L. Fetterly, Esquire
(same counsel for C-15)

Kent M. Forney, Esquire
Bradshaw, Fowler, Proctor
   & Fairgrave
11th Floor, Des Moines Building
Des Moines, Iowa  50309

JAMES STUDNICKA, ET AL. (C-17)
Barbara A. Neider, Esquire
Stafford, Rosenbaum, Reiser & Hansen
Post Office Box 1784
Madison, Wisconsin 53701-1784

JPML FORM 2A -- Continuation

Counsel of Record -- p. _____

DOCKET NO. 210 -- In re Celotex Corp. "Technifoam" Products Liability Lit.

WALTER F. PROBST, ET AL. (C-18)
Martin W. Kus, Esq.
Newby, Lewis, Kaminski
  &amp; Jones
P.O. Box 516
LaPorte, Indiana 46350

R. Lawrence Purdy, Esq.
Robins, Zelle, Larson
  &amp; Kaplan
33 South Fifth Street
Minneapolis, Minnesota 55402

Local Counsel for Defendant in C-18
THE CELOTEX CORP.
Leonard E. Eilbacher, Esquire
900 Inland Bldg.
Fort Wayne, Indiana 46802

MOMSEN TRUCKING CO., ET AL. (C-19)
Mr. James L. Fetterly, Esq.
Maslon, Edelman, Dorman, Brand & McNulty
1800 Midwest Plaza
Minneapolis, Minn. 55402

Sheldon J. Harris, Esq.
Harris, Feldman, Stumpf & Pavel
Suite 530, Univac Bldg.
Omaha, Nebr. 68106

Ned A. Stockdale, Esq.
Blackburn, Stockdale & Brownlee, P.C.
142 No. 9th Street
Fort Dodge, Iowa 50501

Deft. Celotex in C-19
Robert R. Eidsmoe, Esq.
Margaret M. Prahl, Esq.
P.O. Box 3086
Sioux City, Iowa 51102-3086

Deft. Morton Bldgs., Inc. (C-19)
Garrett E. Mulrooney, Esq.
c/o Maun, Green, Hayes, Simon,
  Johanneson & Brehl
3500 W. 80th St., Ste. 330
Minneapolis, Minn. 55431

McGRATH IMPLEMENT, INC. (D-20)
Edward J. Gallagher, Jr., Esq.
Gallagher, Langlas & Gallagher
405 East Fifth Street
P.O. Box 2615
Waterloo, Iowa 50704

Warren L. DeVries, Esq.
30 Fourth Street, N.W.
P.O. Box 528
Mason City, Iowa 50401

MID-AMERICA FOODS, INC., ETC. (D-21)
James D. Steiner, Esq.
Lynn A. Zentner, Esq.
33 South 5th Street
Minneapolis, Minn. 55402

Arthur H. Johnson, Esq.
P. O. Box 1396
Fort Dodge, Iowa 50501

JP Form 3

p. _____

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __210__ -- IN RE CELOTEX CORPORATION "TECHNIFOAM" PRODUCTS LIABILITY LIT.
dc

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| The Celotex Corporation ✓ | A-1; A-2; A-3; A-4; A-5; A-6; A-7; A-8; A-9; A-10, A-11, B-2, B-3, 4, 5, B-7, B-8, B-9, B-10, C-15, C-16, C-17, C-18, C-19, D-20, D-21, |
| Gold Kist, Inc. ✓ | A-2 |
| Morton Buildings, Inc. ✓ | A-8, C-19, D-20 |
| Wick Building Systems, Inc. ✓ | A-10 |
| The Upjohn Co | A-11 |
| Wilco Chemical | A-11 |
| | |
| | |
| | |
| | |